# **INDEX OF EXHIBITS**

A- Declaration of Kevin A. Lavelle in Support of Plaintiffs' Motion to Compel the Production of Documents from Non-Party Dr. Hoau-Yan Wang

B- Proposed Order