UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Mohammad Bozorgi, et al.,

                Plaintiff(s),

v.                                     Case No. 2:24–mc–51329–MAG–DRG
                                            Hon. Mark A. Goldsmith

Cassava Sciences, Inc., et al.,

                Defendant(s),

**NOTICE OF REMOTE MOTION HEARING**

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Mark A. Goldsmith for the following motion(s):

Motion that Initiates a Miscellaneous Case – #1

- MOTION HEARING: December 18, 2024 at 02:00 PM

The public may access the audio proceedings with the following connection information.

**PHONE NUMBER:** +1 646 828 7666 US
**MEETING ID:** 161 567 5127

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

**ADDITIONAL INFORMATION:** The Court will email the Zoom link to the attorneys of record separately

                                            By: s/C Ciesla
                                                  Case Manager

Dated: December 11, 2024