UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Mohammad Bozorgi, et al.,

                       Plaintiff(s),

v.                                            Case No. 2:24−mc−51329−MAG−DRG
                                                  Hon. Mark A. Goldsmith

Cassava Sciences, Inc., et al.,

                       Defendant(s),

**NOTICE TO APPEAR REMOTELY**

    PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Mark A. Goldsmith as follows:

- STATUS CONFERENCE:  December 23, 2024 at 02:00 PM

    The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys−only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non−participants without the Court's advance approval.

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/C Ciesla
                                                          Case Manager

Dated:   December 23, 2024