UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOHAMMAD BOZORGI et al.,

    Plaintiffs,                                                        Case No. 24-mc-51329

v.                                                           HON. MARK A. GOLDSMITH

CASSAVA SCIENCES, INC. et al.,

    Defendants.
_____/

**ORDER TO SHOW CAUSE**

    Having been informed on December 23, 2024 that the issues raised in Plaintiffs' motion to compel discovery (Dkt. 1) were settled in principle, but no further action having been taken by Plaintiffs, the Court intends to deny the motion without prejudice on or before February 27, 2025 unless Plaintiffs file a memorandum showing cause why the motion should not be denied.

    SO ORDERED.

Dated: February 20, 2025                                      s/Mark A. Goldsmith
       Detroit, Michigan                                     MARK A. GOLDSMITH
                                                                United States District Judge